| Fill in this information to identify the case: |
| --- |
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA |
| Case number *(if known)* _____ Chapter **11** |

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Warm Corporation West** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **05-0593745** | |
| 4. | **Debtor's address** | **Principal place of business** **1175 Nimitz Ave, Suite 250** **Vallejo, CA 94592** Number, Street, City, State & ZIP Code  **Solano** County | **Mailing address, if different from principal place of business** P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** **1175 Nimitz Ave, Suite 250 Vallejo, CA 94592** Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **www.warmcorpwest.com** | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

| Debtor | **Warm Corporation West** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__23__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

Debtor **Warm Corporation West**  Case number (*if known*)
         Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☒ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Debtor **Warm Corporation West** _____ Case number (_if known_)_____
    Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ■ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **Warm Corporation West** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **7/16/2025**
MM / DD / YYYY

X **/s/ Prateek Ahir**          **Prateek Ahir**
Signature of authorized representative of debtor          Printed name

Title  **Chief Financial Officer**

**18. Signature of attorney**

X **/s/ Chris Kuhner**          Date  **7/16/2025**
Signature of attorney for debtor          MM / DD / YYYY

**Chris Kuhner 173291**
Printed name

**Kornfield, Nyberg, Bendes, Kuhner & Little P.C.**
Firm name

**1970 Broadway, Ste 600**
**Oakland, CA 94612**
Number, Street, City, State & ZIP Code

Contact phone  **510-763-1000**          Email address

**173291 CA**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Warm Corporation West** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ACPP Custom Plumbing Parts Westlock AB T7P 2PG Canada GST#805357183RT0001** | | **Trade debt** | | | | $693.00 |
| **Amercan Wire & Specialty Company 5046 Commercial Circle, Suite A Concord, CA 94520** | | **Trade debt** | | | | $1,549.00 |
| **American Express c/o Becket & Lee PO Box 3001 Malvern, PA 19355** | | **Credit card purchases** | | | | $12,317.36 |
| **California Dept of Tax and Fee Admin Acct Information Group MIC 29 P. O. Box 942879 Sacramento, CA 94279-0029** | | **Notice Purposes Only** | **Disputed** | | | Unknown |
| **Capital 1 Bank Attn: Bankruptcy Dept. Po Box 30285 Salt Lake City, UT 84130** | | | | | | $14,660.60 |
| **Capital 1 Bank Venture Attn: Bankruptcy Dept. Po Box 30285 Salt Lake City, UT 84130** | | **Credit card purchases** | | | | $27,500.00 |

| Debtor | **Warm Corporation West** | | Case number *(if known)* | | |
|---|---|---|---|---|---|

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Celtic Bank (OnDeck)**<br>268 State Street, #300<br>Salt Lake City, UT 84111 | | **Debtor's Personal Property** | **Disputed** | $195,000.00 | $0.00 | $195,000.00 |
| **Chase Business**<br>201 N. Walnut St.<br>Wilmington, DE 19801 | | | | | | $30,100.00 |
| **Chase UA**<br>Attn Bankruptcy Dept<br>PO Box 100018<br>Kennesaw, GA 30156 | | **Credit card purchases** | | | | $57,000.00 |
| **Foam Distributors**<br>31009 San Antonio St<br>Hayward, CA 94544 | | **Trade debt** | | | | $8,928.08 |
| **Gyptech-Gypsum Technologies, Inc.**<br>PO Box 1577<br>Cedarburg, WI 53012 | | **Trade debt** | | | | $21,366.22 |
| **Hilti**<br>5400 S 122nd E. Avenue<br>OK 74143-6000 | | **Trade debt** | | | | $1,769.68 |
| **Internal Revenue Service**<br>Special Procedures Branch<br>Bankruptcy Section/Mail Code 1400S<br>1301 Clay St.<br>Oakland, CA 94612-5210 | | **Over Payment fo Refund** | **Disputed** | | | $144,078.00 |
| **Michael Luttrell**<br>4055 Solano Avenue, SUite 202<br>Napa, CA 94559 | | **Loan** | | | | $125,000.00 |
| **Pace Supply**<br>6000 State Farm Dr. Suite 200<br>Rohnert Park, CA 94928 | | **Trade debt** | | | | $33,092.35 |

| Debtor | **Warm Corporation West** | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **PG & E**<br>**P.O. Box 99730**<br>**Sacramento, CA 95899** | | **Trade debt** | | | | $873.17 |
| **Umpqua Bank**<br>**PO Box 2131**<br>**Spokane, WA 99210** | | **Debtor's Personal Property** | | $142,530.00 | $0.00 | $142,530.00 |
| **Wilo**<br>**W66 N1253 Forward Way**<br>**Cedarburg, WI 53012** | | **Trade debt** | | | | $11,061.24 |
| **Wong Properties**<br>**c/o Bayside Properties**<br>**30011 Ivy Glen Dr., #116, Laguna Niguel CA 92677** | | **Lease Payments** | | | | Unknown |

Chris Kuhner
Kornfield, Nyberg, Bendes, Kuhner & Little P.C.
1970 Broadway, Ste 600
Oakland, CA 94612


Warm Corporation West
1175 Nimitz Ave, Suite 250
Vallejo, CA 94592


ACPP Custom Plumbing Parts
Westlock AB T7P 2PG
Canada GST#805357183RT0001


Allison and John Diep
5950 Countrey Club Pkwy
San Jose, CA 95138


Amercan Wire & Specialty Company
5046 Commercial Circle, Suite A
Concord, CA 94520


American Express
c/o Becket & Lee
PO Box 3001
Malvern, PA 19355


American Express
PO Box 3001
16 General Warren Blvd
Malvern, PA 19355


Annie Kwan
PO Box 6233
Malibu, CA 90264

Branagh Development
3800 Mt. Diabli Blvd
Lafayette, CA 94549


California Dept of Tax and Fee Admin
Acct Information Group MIC 29
P. O. Box 942879
Sacramento, CA 94279-0029


Capital 1 Bank
Attn: Bankruptcy Dept.
Po Box 30285
Salt Lake City, UT 84130


Capital 1 Bank Venture
Attn: Bankruptcy Dept.
Po Box 30285
Salt Lake City, UT 84130


Celtic Bank (OnDeck)
268 State Street, #300
Salt Lake City, UT 84111


Celtic Bank (OnDeck)
Agent for Service of Process
9939 Hibert Street, Suite 209
San Francisco, CA 94105


Celtic Bank (OnDeck)
UCC-1 Filing Agent
CHTD Company
PO Box 2576
Springfield, IL 62708


Chase Business
201 N. Walnut St.
Wilmington, DE 19801

Chase UA
Attn Bankruptcy Dept
PO Box 100018
Kennesaw, GA 30156


David La Rochelle
186 Westgate Drive
Napa, CA 94558


Foam Distributors
31009 San Antonio St
Hayward, CA 94544


Franchise Tax Board
Bankruptcy Section MS A340
P.O. Box 2952
Sacramento, CA 95827-2952


George Caloyamidis
2202 Diamond Mountain Road
Calistoga, CA 94515


Grainger
5760 Commerce Blvd.
Rohnert Park, CA 94928


Gyptech-Gypsum Technologies, Inc.
PO Box 1577
Cedarburg, WI 53012


HeatLink
11210 Allen Station Drive
Charlotte, NC 28227

Hilti
5400 S 122nd E. Avenue
OK 74143-6000


Internal Revenue Service
Special Procedures Branch
Bankruptcy Section/Mail Code 1400S
1301 Clay St.
Oakland, CA 94612-5210


JCM Partners LLC
Attn: Bill Brinkman
3581 Mt. Diablo Blvd. # 215


Joe MaGrath
1971 Vallejo Street
Saint Helena, CA 94574


Josh Hannah
1200 Grandview Drive
Napa, CA 94558


Lemma Construction
PO Box 159
Chicago Park, CA 95712


Mehus Construction, Inc
211 San Mateo Avenue
Los Gatos, CA 95030


Messana
4105 Soquel Dr,
Suite B
Soquel, CA 95073

Michael Luttrell
4055 Solano Avenue, SUite 202
Napa, CA 94559


Pace Supply
6000 State Farm Dr.
Suite 200
Rohnert Park, CA 94928


Parker Construction
PO Box 1466
Tahoe City, CA 96145


PG & E
P.O. Box 99730
Sacramento, CA 95899


Portola Valley Builders
635 Price Drive
Morgan Hill, CA 95037


Rechin, Inc.
211 Santa Rosa Avenue
Santa Rosa, CA 95404


Reptech
70 West Windsor Street, Suite 110
Tucson, AZ 85705


RJ Dailey Construction Company
401 1st Street
Los Altos, CA 94022

RJ Dailey Construction Company
401 1st Street
Morgan Hill, CA 95037


Ryan Boswork
58 Canyon Lake Drive
Port Costa, CA 94569


Shoyu Liu Kaufman
Gottfried Maier
27 Bayview
San Rafael, CA 94901


The Phinney 2011 Revocable Trust
1301 Allyn Ave
Saint Helena, CA 94574


Three Soles, Inc.
1229 Adams Street
Suite B
Saint Helena, CA 94574


Umpqua Bank
PO Box 2131
Spokane, WA 99210


Umpqua Bank
Mail Code OR0050
PO Box 1580
Roseburg, OR 97470


Wilo
W66 N1253 Forward Way
Cedarburg, WI 53012

Wong Properties
c/o Bayside Properties
30011 Ivy Glenn Dr, #116
Laguna Niguel, CA 92677

In re **Warm Corporation West**     Case No.
Debtor(s)     Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Warm Corporation West** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**7/16/2025**     **/s/ Chris Kuhner**
Date     **Chris Kuhner 173291**
Signature of Attorney or Litigant
Counsel for **Warm Corporation West**
**Kornfield, Nyberg, Bendes, Kuhner & Little P.C.**
**1970 Broadway, Ste 600**
**Oakland, CA 94612**
**510-763-1000 Fax:510-273-8669**